1  F. Christopher Austin, Esq.
   Nevada Bar No. 6559
2  *caustin@weidemiller.com*
   **WEIDE & MILLER, LTD.**
3  10655 Park Run Drive, Suite 100
   Las Vegas, NV 89144
4  Tel: (702) 382-4804
   Fax: (702) 382-4805
5  *Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNLIGHTEN, INC., | Case No.: 2:20-cv-00127-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| v. | |
| FINNMARK DESIGNS, LLC, | **(First Extension Request)** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 1A 6-1, Plaintiff Sunlighten, Inc. and Defendant Finnmark Designs, LLC, by and through their respective counsel of record, Kolesar & Leatham and Erickson Kernell IP, LLC, on behalf of Plaintiff, and Weide & Miller, Ltd., appearing on behalf of the Defendant, hereby agree and stipulate for an extension of time for Defendant to file and serve their answer or other responses to the Complaint from the current deadline of February 20, 2020, up to and including March 12, 2020. This is the first request by the parties for such an extension.

Good cause for this request exists to provide Defense counsel, who was retained well after the service of the Complaint to consult regarding the allegations and to respond to Plaintiff's good faith offer to engage in settlement discussions in this patent infringement litigation.

/ / /

/ / /

/ / /

/ / /

/ / /

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1068

1

For the foregoing reasons, the parties hereby stipulate to extend the deadline for the Defendant to answer or otherwise respond to the Complaint from February 20, 2020, to March 12, 2020.

DATED: February 20, 2020

**IT IS SO AGREED AND STIPULATED:**

| **KOLESAR & LEATHAM** | **WEIDE & MILLER, LTD.** |
|---|---|
| By: */s/ Jonathan D. Blum* <br> Jonathan D. Blum, Esq. <br> Nevada Bar No. 009515 <br> 400 South Rampart Blvd., Suite 400 <br> Las Vegas, NV 89145 <br><br> James J. Kernell, Esq. (*Pro Hac Vice Forthcoming*) <br> Kyle D. Donnelly, Esq. (*Pro Hac Vice Forthcoming*) <br> ERICKSON KERNELL IP, LLC <br> 8900 State Line Road, Suite 500 <br> Leawood, KS 66206 | By: */s/ F. Christopher Austin* <br> F. Christopher Austin, Esq. <br> Nevada Bar No. 6559 <br> *caustin@weidemiller.com* <br> 10655 Park Run Drive, Suite 100 <br> Las Vegas, NV 89144 <br> (702) 382-4804 <br> *Attorneys for Defendant* |

**IT IS SO ORDERED:**

*[signature]*

UNITED STATES MAGISTRATE JUDGE

DATED: February 21, 2020

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804