UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SUNLIGHTEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> FINNMARK DESIGN, LLC <br><br> Defendant. | Case No. 2:20-cv-00127-JAD-EJY <br><br> **ORDER** |

Before the Court is the parties Proposed Discovery Plan and Scheduling Order seeking a Special Scheduling Review. ECF No 18. The parties states that "[t]he proposed dates have been adjusted by approximately 90 days to account for the travel and work restrictions caused by the COVID-19 pandemic." *Id*. However, the parties propose a one year discovery period; that is, a discovery period that is twice the standard length of 180 days, not a 90 day extension. *Id*. at 2 ("Discovery Cut-Off **April 1, 2021**") (emphasis in original). Thus, the proposed dates are inconsistent with the 90 day extension requested.

Accordingly, IT IS HEREBY ORDERED that the Proposed Discovery Plan and Scheduling Order (ECF No. 18) is DENIED. The parties shall submit a revised proposed discovery plan and scheduling order that extends discovery to 240 days, measured from April 1, 2020. All other dates are to flow therefrom.

DATED: April 15, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1