Jonathan D. Blum, Esq.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: (702) 910-3329
Facsimile:  (702) 553-3467
jblum@wileypetersenlaw.com

-and-

James J. Kernell, Esq. *(Pro Hac Vice)*
Kyle D. Donnelly, Esq. *(Pro Hac Vice)*
**ERICKSON KERNELL IP, LLC**
8900 State Line Road, Suite 500
Leawood, Kansas 66206
Telephone: (913) 549-4700
Facsimile: (913) 549-4646
E-Mail:  jjk@kcpatentlaw.com
E-Mail:  kdd@kcpatentlaw.com

*Attorneys for Plaintiff
Sunlighten, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SUNLIGHTEN, INC.<br><br>　　　　　Plaintiff,<br><br>vs,<br><br>FINNMARK DESIGN, LLC,<br><br>　　　　　Defendant, | Case No.: 2:20-cv-00127-JAD-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT FINNMARK DESIGNS, LLC'S MOTION TO COMPEL PLAINTIFF'S SUPPLEMENTAL DISCOVERY RESPONSES AND FOR AWARD OF SANCTIONS UNDER FED. R. CIV. P. 37**<br>**(FIRST REQUEST)** |

Pursuant to Civil Practice Local Rule IA 6-1, Sunlighten, Inc. ( "Sunlighten, Inc." or "Plaintiff") and Finnmark Designs, LLC ("Finnmark" or "Defendant"), by and through the undersigned counsel of record hereby stipulate and agree that Plaintiff shall have through and until February 19, 2021, to file a Response to Defendant Finnmark's Motion to Compel Plaintiff's Supplemental Discovery Responses and for Award of Sanctions Under Fed. R. CIV. P. 37, which was filed on January 29, 2021 (ECF No.

1  36). Pursuant to LR 7-2(b), Defendant's Opposition is currently due on February 12, 2021.

2  This extension is being requested due to counsel for Sunlighten, Inc. having a particularly
3  demanding schedule the first two weeks of February, 2021, including numerous deadlines and
4  depositions. Defendant's Reply brief shall be extended by an additional 7 days, from February 26,
5  2021 to March 5, 2021. This is the parties first request for an extension of time related to this issue.

6  **IT IS SO STIPULATED**

8  DATED: February 11, 2021  DATED: February 11, 2021
9  WILEY PETERSEN  GILE LAW GROUP LTD.

11 By: _____  By: _/s/ Ryan Gile_____
   JONATHAN D. BLUM, ESQ.  RYAN GILE, ESQ.
12 Nevada Bar No. 09515  Nevada Bar No. 8807
13 1050 Indigo Dr., Suite 200B  1180 N. Town Center Drive., Suite 100
   Las Vegas, NV 89145  Las Vegas, NV 89144
14 *Attorneys for Sunlighten, Inc.*  *Attorneys for Finnmark Design, LLC*

16  **ORDER**

17  By stipulation of the parties, and good cause appearing therefore, the court orders as
18  follows:
19  \ \ \
20  \ \ \
21  \ \ \
22  \ \ \
23  \ \ \
24  \ \ \

IT IS HEREBY ORDERED that the time for Sunlighten to file an Opposition to Defendant Finnmark's Motion to Compel Plaintiff's Supplemental Discovery Responses and for Award of Sanctions Under Fed. R. CIV. P. 37 (ECF No. 36), shall be continued to February 19, 2021. Defendant's Reply brief shall likewise be extended by an additional 7 days, from February 26, 2021 to March 5, 2021.

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 11, 2021

Submitted by,

WILEY PETERSEN

By: _____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Attorneys for Sunlighten, Inc.