JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone:  (702) 910-3329
Facsimile:  (702) 553-3467
Email:  jblum@wileypetersenlaw.com

-and-

JAMES J. KERNELL, ESQ. *(Pro Hac Vice)*
Kansas Bar No. 19559
KYLE D. DONNELLY, ESQ. *(Pro Hac Vice)*
Kansas Bar No. 25531
**ERICKSON KERNELL IP, LLC**
8900 State Line Road, Suite 500
Leawood, Kansas 66206
Telephone :  (913) 549-4700
Facsimile :  (913) 549-4646
Email :   jjk@kcpatentlaw.com
              kdd@kcpatentlaw.com

*Attorneys for Plaintiff Sunlighten, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNLIGHTEN, INC., <br><br>    Plaintiff, <br><br> v. <br><br> FINNMARK DESIGNS, LLC, <br><br>    Defendant. | Case No.: 2:20-cv-00127-JAD-EJY <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT FINNMARK DESIGNS, LLC'S MOTION TO COMPEL PLAINTIFF'S SUPPLEMENTAL DISCOVERY RESPONSES AND FOR AWARD OF SANCTIONS UNDER FED. R. CIV. P. 37** <br> **(SECOND REQUEST)** |

1

Pursuant to Civil Practice Local Rule IA 6-1, Sunlighten, Inc. ("Sunlighten" or "Plaintiff") and Finnmark Designs, LLC ("Finnmark" or "Defendant"), by and through the undersigned counsel of record hereby stipulate and agree that Plaintiff shall have through and until March 5, 2021, to file a Response to Defendant Finnmark's Motion to Compel Plaintiff's Supplemental Discovery Responses and for Award of Sanctions Under Fed. R. Civ. P. 37 (the "Motion"), which was filed on January 29, 2021 (ECF No. 36). Pursuant to the Parties prior stipulation and order related to the Motion (ECF No. 38), Plaintiff's opposition is currently due February 19, 2021.

This extension is being requested in order to allow the parties additional time to continue working through the discovery-related issues raised by the Motion and so as to not require involvement of the Court. Defendant's reply brief in support of the Motion shall be extended from March 5, 2021 to March 19, 2021. This is the parties' second request for an extension of time related to this issue.

**IT IS SO STIPULATED.**

DATED: February 19, 2021                                         DATED: February 19, 2021

ERICKSON KERNELL IP, LLC                                GILE LAW GROUP LTD.

By:*/s/ James J. Kernell*                                         By:*/s/ Ryan Gile*
    James J. Kernell, Esq.                                         Ryan Gile, Esq.
    *Pro Hac Vice*                                                    Nevada Bar No. 8807
    8900 State Line Road, Suite 500                       1180 North Town Center Drive, Ste 100
    Leawood, Kansas 66206                                       Las Vegas, Nevada 89144

    WILEY PETERSEN                                               *Attorney for Finnmark Designs, LLC*
    Jonathan D. Blum, Esq.
    Nevada Bar No. 09515
    1050 Indigo Drive, Suite 200B
    Las Vegas, Nevada 89145

*Attorneys for Sunlighten, Inc.*

**ORDER**

By stipulation of the parties, and good cause appearing therefore, the court orders as follows:

IT IS HEREBY ORDERED that the time for Sunlighten to File an Opposition to Defendant Finnmark Designs, LLC's Motion to Compel Plaintiff's Supplemental Discovery Responses and for Award of Sanctions Under Fed. R. Civ. P. 37 (ECF No. 36), shall be continued to March 5, 2021. Defendant's reply brief shall likewise be extended to March 19, 2021.

**IT IS SO ORDERED.**

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: Feb. 22, 2021

Submitted by,

ERICKSON KERNELL IP, LLC

By:*/s/ James J. Kernell*
   James J. Kernell, Esq.
   *Pro Hac Vice*
   8900 State Line Road, Suite 500
   Leawood, Kansas 66206

WILEY PETERSEN
Jonathan D. Blum, Esq.
Nevada Bar No. 09515
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145

*Attorneys for Sunlighten, Inc.*