JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: (702) 910-3329
Facsimile: (702) 553-3467
Email: jblum@wileypetersenlaw.com

-and-

JAMES J. KERNELL, ESQ. *(Pro Hac Vice)*
Kansas Bar No. 19559
KYLE D. DONNELLY, ESQ. *(Pro Hac Vice)*
Kansas Bar No. 25531
**ERICKSON KERNELL IP, LLC**
8900 State Line Road, Suite 500
Leawood, Kansas 66206
Telephone : (913) 549-4700
Facsimile : (913) 549-4646
Email : jjk@kcpatentlaw.com
        kdd@kcpatentlaw.com

*Attorneys for Plaintiff Sunlighten, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNLIGHTEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> FINNMARK DESIGNS, LLC, <br><br> Defendant. | Case No.: 2:20-cv-00127-JAD-EJY <br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE REBUTTAL EXPERT DESIGNATIONS (SECOND REQUEST)** |

Pursuant to Fed. R. Civ. P. 6 and 26, and Local Rules IA6-1, IA6-2, and LR 26-3, Plaintiff seeks to extend the deadline for rebuttal expert designations by 28 days, from May 14, 2021 to June 11, 2021. In support of this stipulation, the parties state as follows:

1

1. Pursuant to the Stipulation and Order to Extend Discovery Deadlines entered by the Court on January 11, 2021 (ECF 35), rebuttal expert designations are currently due May 14, 2021.

2. Plaintiff has retained a rebuttal expert and the expert is conducting his analysis, however he will not be able to finalize a report by the May 14, 2021 deadline.

3. Plaintiff's counsel has discussed this issue with Defendant's counsel who has agreed to a 28-day extension for the rebuttal expert designation provided that the name of the rebuttal expert be provided to Defendant by the original May 14, 2021 deadline.

4. Plaintiff is amenable to Defendant's proposal and agrees to provide the rebuttal expert's name to Defendant by May 14, 2021, with the understanding that the deadline for rebuttal expert designations is extended by 28 days to June 11, 2021.

5. The Court granted the parties' first request to extend several discovery deadlines on January 11, 2021. Accordingly, this is technically a second request to extend the rebuttal expert designation deadline, although the first request was in the context of extending several dates including all expert designations.

**A. Pursuant to Local Rule 26-3(a), The Parties Stipulate that the Following Discovery has been Completed:**

1. The parties have conducted discovery in the form of interrogatories and requests for production of documents.

2. A deposition of a third party has been conducted.

3. The parties have issued third-party subpoenas for documents.

**B. Pursuant to Local Rule 26-3(b), The Parties Stipulate that the Following Discovery Remains to be Completed:**

1. Party Depositions

2. Rebuttal Expert Disclosures

3.       Expert Depositions

4.       Possible Third-Party Depositions

**C.   Pursuant to Local Rule 26-3(c), The Parties Stipulate that an Extension is Required for the Following Reasons:**

1. This extension is being requested to allow Plaintiff's rebuttal expert sufficient time to conduct his analysis and prepare a report.

**D.   Pursuant to Local Rule 26-3(d), The Parties Stipulate and Propose the Following Extension:**

1. Plaintiff requests that the deadline for filing Rebuttal Expert Designations be extended 28 days from May 14, 2021, up to and including June 11, 2021.

2. No other changes to the discovery schedule are being requested.

For the above reasons, the Plaintiff requests that this stipulation for an extension of time to file expert rebuttal designations be granted.

Respectfully submitted,

| ERICKSON KERNELL IP, LLC | GILE LAW GROUP LTD. |
|---|---|
| By: */s/ James J. Kernell* <br>    James J. Kernell, Esq. *(Pro Hac Vice)* <br>    Kansas Bar No. 19559 <br>    Kyle D. Donnelly, Esq. *(Pro Hac Vice)* <br>    Kansas Bar No. 25531 <br>    8900 State Line Road, Suite 500 <br>    Leawood, Kansas 66206 <br>    Telephone : (913) 549-4700 <br>    Facsimile : (913) 549-4646 <br>    Email :   jjk@kcpatentlaw.com <br>              kdd@kcpatentlaw.com | By: */s/ Ryan Gile* <br>    Ryan Gile, Esq. <br>    Nevada Bar No. 8807 <br>    1180 N. Town Center Drive <br>    Suite 100 <br>    Las Vegas, Nevada 89144 <br>    Telephone: 702-703-7288 <br>    Email: rg@gilelawgroup.com <br><br> *Attorney for Defendant* <br> *Finnmark Designs, LLC* |

| | |
|---|---|
| Jonathan D. Blum<br>Nevada Bar No. 09515<br>**WILEY PETERSEN**<br>1050 Indigo Drive, Suite 200B<br>Las Vegas, Nevada 89145<br>Telephone: (702) 910-3329<br>Facsimile: (702) 553-3467<br>Email: jblum@wileypetersenlaw.com<br><br>*Attorneys for Plaintiff*<br>*Sunlighten, Inc.* | |

IT IS SO ORDERED

DATED: May 13, 2021

*[signature]*
UNITED STATES MAGISTRATE JUDGE