JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: (702) 910-3329
Facsimile: (702) 553-3467
Email: jblum@wileypetersenlaw.com

-and-

JAMES J. KERNELL, ESQ. *(Pro Hac Vice)*
Kansas Bar No. 19559
KYLE D. DONNELLY, ESQ. *(Pro Hac Vice)*
Kansas Bar No. 25531
**ERICKSON KERNELL IP, LLC**
8900 State Line Road, Suite 500
Leawood, Kansas 66206
Telephone : (913) 549-4700
Facsimile : (913) 549-4646
Email : jjk@kcpatentlaw.com
         kdd@kcpatentlaw.com

*Attorneys for Plaintiff Sunlighten, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNLIGHTEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> FINNMARK DESIGNS, LLC, <br><br> Defendant. | Case No.: 2:20-cv-00127-JAD- EJY <br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT FINNMARK DESIGNS, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS 1, 2 AND 4 OF THE COMPLAINT** <br> **(FIRST REQUEST)** [ECF No. 56] |

Pursuant to Fed. R. Civ. P. 6 and 26, and Local Rules IA6-1 and IA6-2, Plaintiff Sunlighten, Inc. seeks an extension of time to respond to Defendant Finnmark Designs, LLC's Motion for Partial Summary Judgment on Counts 1, 2 and 4 of the Complaint (ECF 48) (the "Motion") that was filed on April 30, 2021. Plaintiff's response is currently due May 21, 2021. It is requested

-1-

that the deadline to respond to the motion be extended by 60 days, or up to and including July 20, 2021, with Defendant's Reply Brief in support of the Motion due within 30 days, or up to and including August 19, 2021. In support of this stipulation, the parties state as follows:

1. One section of Defendant's Motion argues that one of the patents-in-suit is invalid based on anticipation arising from an earlier sale of an existing infrared sauna called the SolarSpa. *See* ECF 48 at 19-21.

2. This section relies in part on documentary and deposition testimonial evidence provided by third-party witness David Floyd Shurtleff, who was deposed by Defendant in this case on March 18, 2021, with Plaintiff's counsel in attendance.

3. Prior to Mr. Floyd's deposition appearance, Plaintiff had attempted to serve a subpoena on Mr. Shurtleff but was unsuccessful in locating him.

4. On April 30, 2021, Defendant's counsel kindly agreed to accept service of the previously-issued subpoena for documents on behalf of Mr. Shurtleff. On May 14, 2021, Plaintiff reissued the Shurtleff subpoena and sent the same to Defendant's counsel.

5. Plaintiff requests additional time to respond to the Motion so that it has time to receive the requested documents from Mr. Shurtleff and possibly depose him regarding the documents. Plaintiff believes this discovery is necessary to properly respond to the Shurtleff documents presented in the Motion. While Defendant respectfully disagrees with such position and maintains that the Shurtleff evidence is only a small part of one small section of the Motion and was discussed at Mr. Shurtleff's March deposition, Defendant is nevertheless agreeing to Plaintiff's requested extension of time to oppose the Motion out of professional courtesy to Plaintiff's counsel and because of the mutual extension of time granted herein as well as the

anticipated similar professional courtesy extensions that Defendant may need and will expect in the future if and when Plaintiff files its own dispositive motion in this case.

6. Additionally, if the Court issues a claim construction Order in the interim, the parties will benefit from understanding the scope of the patents, which will help frame any arguments regarding invalidity.

7. Discovery is currently scheduled to end on July 1, 2021. The parties will be busy conducting party and expert depositions, as well as exchanging any remaining discovery requests, for the next month and a half until discovery ends. The requested extensions herein allow the parties to finish discovery without Plaintiff having to simultaneously prepare a response to the Motion.

8. Pursuant to the Stipulation and Order to Extend Discovery Deadlines entered by the Court on January 11, 2021 (ECF 35), the deadline to file dispositive motions is presently August 16, 2021.

9. This is the first request for an extension of time to respond to Defendant's Motion.

10. For the above stated reasons, the request is made in in good faith and not for the purpose of delay.

For the above reasons, the Parties request that this stipulation for an extension of time to respond to Defendant's Motion be granted giving Plaintiff up to and including July 20, 2021, to file a response to the Motion and giving Defendant up to and including August 19, 2021 to file its Reply Brief in support of the Motion.

Respectfully submitted,

| | |
|---|---|
| **ERICKSON KERNELL IP, LLC** | **GILE LAW GROUP LTD.** |
| By: */s/ James J. Kernell* | By: */s/ Ryan Gile* |
|    James J. Kernell, Esq. *(Pro Hac Vice)* |    Ryan Gile, Esq. |
|    Kansas Bar No. 19559 |    Nevada Bar No. 8807 |
|    Kyle D. Donnelly, Esq. *(Pro Hac Vice)* |    1180 N. Town Center Drive |
|    Kansas Bar No. 25531 |    Suite 100 |
|    8900 State Line Road, Suite 500 |    Las Vegas, Nevada 89144 |
|    Leawood, Kansas 66206 |    Telephone: 702-703-7288 |
|    Telephone: 913-549-4700 |    Email: rg@gilelawgroup.com |
|    Facsimile: 913-549-4646 | |
|    Email: jjk@kcpatentlaw.com | *Attorney for Defendant* |
|            kdd@kcpatentlaw.com | *Finnmark Designs, LLC* |

   Jonathan D. Blum
   Nevada Bar No. 09515
   **WILEY PETERSEN**
   1050 Indigo Drive, Suite 200B
   Las Vegas, Nevada 89145
   Telephone: (702) 910-3329
   Facsimile: (702) 553-3467
   Email: jblum@wileypetersenlaw.com

*Attorneys for Plaintiff*
*Sunlighten, Inc.*

## Order

    Based on the parties' stipulation [ECF No. 56] and good cause appearing, IT IS HEREBY ORDERED that the deadline for plaintiff Sunlighten, Inc. to respond to defendant Finnmark Designs, LLC's motion for partial summary judgment [ECF No. 48] is EXTENDED to July 20, 2021, and the deadline for Finnmark to file its reply in support of that motion is EXTENDED to August 19, 2021.

 

U.S. District Judge Jennifer A. Dorsey
May 21, 2021