Jonathan D. Blum, Esq.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: (702) 910-3329
Facsimile:  (702) 553-3467
jblum@wileypetersenlaw.com

-and-

James J. Kernell, Esq. *(Pro Hac Vice)*
Kyle D. Donnelly, Esq. *(Pro Hac Vice)*
**ERICKSON KERNELL IP, LLC**
8900 State Line Road, Suite 500
Leawood, Kansas 66206
Telephone: (913) 549-4700
Facsimile: (913) 549-4646
E-Mail: jjk@kcpatentlaw.com
E-Mail: kdd@kcpatentlaw.com

*Attorneys for Plaintiff
Sunlighten, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNLIGHTEN, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>FINNMARK DESIGN, LLC,<br><br>            Defendant, | Case No.: 2:20-cv-00127-CDS-EJY [1]<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING (FIRST REQUEST)** |

Pursuant to Civil Practice Local Rule IA 6-1, Sunlighten, Inc. ( "Sunlighten, Inc." or "Plaintiff") and Finnmark Designs, LLC ("Finnmark" or "Defendant"), by and through the undersigned counsel of record hereby stipulate and request the Court to continue the Status Hearing currently set for February 7, 2023, at 10:00AM set by ECF No. 90, Minute Order in Chambers to **February 20, 2023** or any date and time thereafter which the Court can accommodate. Plaintiff's lead counsel, James Kernell, Esq., will be out of the country from February 7 through February 19.  Further, Plaintiff's local counsel will be out of state from February 7 through February 10.  Defendant's counsel has no conflicts with the

---

[1] Counsel are reminded that this case is assigned to Judge Cristina D. Silva. All documents must bear the correct case number 2:20-cv-0127-CDS-NJK. ECF No. 87.

currently scheduled status hearing, but stipulates to this requested continuance by Plaintiff as a professional courtesy to Plaintiff's counsel. This is the first Stipulation to Continue the Status Hearing. Mr. Kernell resides in Kansas, and requests to attend the rescheduled hearing via Zoom. While Defendant's counsel believes all attorneys who will be trial counsel should attend the Court's status hearing in person, as a further professional courtesy to Mr. Kernell, Defendant's counsel will not object to Mr. Kernell attending the status hearing via Zoom.

The Parties agree that this Stipulation is submitted for good cause, and not for any improper purpose.

**IT IS SO STIPULATED**

DATED this 2nd day of February, 2023.

**WILEY PETERSEN**

By: _____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
1050 Indigo Dr., Suite 200B
Las Vegas, NV 89145

*Attorneys for Sunlighten, Inc.*

DATED this 2nd day of February, 2023.

**GILE LAW GROUP LTD.**

By: /s/ Ryan Gile
RYAN GILE, ESQ.
Nevada Bar No. 8807
1180 N. Town Center Drive., Suite 100
Las Vegas, NV 89144

*Attorneys for Finnmark Design, LLC*

**ORDER**

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the status hearing is rescheduled to **February 21, 2023,** at 11:00 a.m.

IT IS FURTHER ORDERED that plaintiff's lead counsel, James Kernell, is granted leave to attend the hearing via Zoom conference.

_____
UNITED STATES DISTRICT JUDGE
DATED: February 3, 2023