JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

-and-

JAMES J. KERNELL, ESQ. *(Pro Hac Vice)*
KYLE D. DONNELLY, ESQ. *(Pro Hac Vice)*
**ERICKSON KERNELL IP, LLC**
8900 State Line Road, Suite 500
Leawood, Kansas 66206
Telephone: (913) 549-4700
Facsimile: (913) 549-4646
E-Mail:  jjk@kcpatentlaw.com
E-Mail:  kdd@kcpatentlaw.com

*Attorneys for Plaintiff*
*Sunlighten, Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SUNLIGHTEN, INC. <br><br> Plaintiff <br><br> vs, <br><br> FINNMARK DESIGN, LLC, <br><br> Defendant | CASE NO.:  2:20-CV-00127-CDS-NJK <br><br> **STIPULATION AND ORDER TO EXTEND PRETRIAL ORDER DEADLINE** <br> **[FIRST REQUEST]** |

Pursuant to Civil Practice Local Rule IA 6-1, Sunlighten, Inc. ( "Sunlighten, Inc." or "Plaintiff") and Finnmark Designs, LLC ("Finnmark" or "Defendant"), by and through the undersigned counsel of record hereby stipulate and request the Court to extend the Pretrial Order deadline by two (2) weeks, from April 7, 2023 to **April 21, 2023.**  The parties have been, and are continuing to work together collegially and in good faith to better define the issues for trial, agree upon facts and exhibits necessary, and coordinate with the clients' schedules. This is the first stipulation to extend the Pretrial Order Deadline.

1    The Parties agree that this Stipulation is submitted for good cause, and not for any improper

2  purpose.

3      **IT IS SO STIPULATED**

4  DATED this 7ᵗʰ day of April, 2023.                    DATED this 7ᵗʰ day of April, 2023.
   **WILEY PETERSEN**                                    **GILE LAW GROUP LTD.**
5
                                                          */s/ Ryan Gile*
6
   _____                           _____
7  JONATHAN D. BLUM, ESQ.                                 RYAN GILE, ESQ.
   Nevada Bar No. 09515                                   Nevada Bar No. 8807
8  1050 Indigo Dr., Suite 200B                            1180 N. Town Center Drive., Suite 100
   Las Vegas, NV 89145                                    Las Vegas, NV 89144
9
   -and-                                                  *Attorneys for Finnmark Design, LLC*
10
11 JAMES J. KERNELL, ESQ. *(Pro Hac Vice)*
   KYLE D. DONNELLY, ESQ. *(Pro Hac Vice)*
12 **ERICKSON KERNELL IP, LLC**
   8900 State Line Road, Suite 500
13 Leawood, Kansas 66206
   Telephone: (913) 549-4700
14 Facsimile: (913) 549-4646
   E-Mail: jjk@kcpatentlaw.com
15 E-Mail: kdd@kcpatentlaw.com

16 *Attorneys for Plaintiff*
17 *Sunlighten, Inc.*

18                              **ORDER**

19

20              **IT IS SO ORDERED**, nunc pro tunc.

21

22              _____
                UNITED STATES DISTRICT JUDGE
23
                DATED:   April 10, 2023
24

25

26

27

28

                              2