JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: (702) 910-3329
Facsimile:  (702) 553-3467
jblum@wileypetersenlaw.com

-and-

JAMES J. KERNELL, ESQ. *(Pro Hac Vice)*
KYLE D. DONNELLY, ESQ. *(Pro Hac Vice)*
**ERICKSON KERNELL IP, LLC**
8900 State Line Road, Suite 500
Leawood, Kansas 66206
Telephone: (913) 549-4700
Facsimile: (913) 549-4646
E-Mail: jjk@kcpatentlaw.com
E-Mail: kdd@kcpatentlaw.com

*Attorneys for Plaintiff
Sunlighten, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNLIGHTEN, INC. <br><br> Plaintiff, <br><br> vs, <br><br> FINNMARK DESIGN, LLC, <br><br> Defendant, | CASE NO.: 2:20-CV-00127-CDS-NJK <br><br> **STIPULATION AND ORDER TO CONTINUE THE TRIAL DATE (FIRST REQUEST)** |

Pursuant to Civil Practice Local Rule IA 6-1, Sunlighten, Inc. ( "Sunlighten, Inc." or "Plaintiff") and Finnmark Designs, LLC ("Finnmark" or "Defendant"), by and through the undersigned counsel of record hereby stipulate and request the Court to continue Trial currently set for November 13, 2023, at 9:30AM set by ECF No. 97, Order Granting Joint Pretrial Order, to **January 15, 2024** or any date and time thereafter which the Court can accommodate. This is the first Stipulation to Continue the Trial date. The parties shall continue to meet and confer regarding the settlement agreement. Additionally, the Parties acknowledge that the following status check has been set pursuant to the Minute Order dated

November 3, 2023, ECF No. 105: November 27, 2023 at 11:00 AM.

The Parties agree that this Stipulation is submitted for good cause, and not for any improper purpose.

**IT IS SO STIPULATED**

DATED this 6th day of November, 2023.

**WILEY PETERSEN**

By: _____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
1050 Indigo Dr., Suite 200B
Las Vegas, NV 89145

*Attorneys for Sunlighten, Inc.*

DATED this 6th day of November, 2023.

**GILE LAW GROUP LTD.**

*/s/ Ryan Gile*
By: _____
RYAN GILE, ESQ.
Nevada Bar No. 8807
1180 N. Town Center Drive., Suite 100
Las Vegas, NV 89144

*Attorneys for Finnmark Design, LLC*

**ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 6, 2023